In the Matter of the Claim of PHILIP A. KORNELY, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.—

Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.